

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00310-CV

Francisco R. **CANSECO**,
Appellant

v.

**AUNT BERTHA**, a Public Benefit Corporation dba Findhelp,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2025CI03715
Honorable Tina Torres, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, the trial court's two April 28, 2025 orders entitled "Order Granting Petitioner's Verified Rule 202 Petition To Take Deposition Before Suit" are REVERSED, judgment is RENDERED denying appellee's Rule 202 petition and granting appellant's TCPA motion to dismiss, and this case is REMANDED to the trial court for further proceedings consistent with this opinion, including for the trial court to award appellant court costs, pursuant to section 27.009(a)(1) of the Texas Civil Practice and Remedies Code, and for consideration of sanctions, pursuant to section 27.009(a)(2), and attorney's fees, pursuant to section 27.009(c).

It is ORDERED that appellant recover his costs of this appeal from appellee.

SIGNED November 26, 2025.

_____
Lori Massey Brissette, Justice